UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
WDNC Civil Action No.: 3:25-cv-00413

FILED
CHARLOTTE, NC

JUN 0 2 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

CHRISTA ANN WILLIAMS, as duly )
appointed Administrator of the )
Estate of Jovontay Avery Williams, )
                               )
         Plaintiff, )
                               )
     v. )
                               )

CITY OF CHARLOTTE; OFFICER )   **DEFENDANTS' MATERIALS IN**
TIMOTHY ABRAMO, individually )   **SUPPORT OF MOTION FOR**
and in his official capacity; OFFICER )  **SUMMARY JUDGMENT**
ZAVON JOSEPH individually and in )
his official capacity; OFFICER )
BRENTON THOMAS, individually )
and in his official capacity; and )
OFFICER JACOB GRIGG, )
individually and in his official )
capacity, )
          Defendants.

Defendants submit the below exhibits in support of their Motion for Summary Judgment (Doc. 23). Those exhibits that are CONFIDENTIAL pursuant to the Consent Protective Order (Doc. 18) are being filed under seal pursuant to the previously filed Motion to Seal and supporting brief (Doc. 22). Those exhibits that are either audio or video format and too large for submission through PACER are being provided to the Clerk of Court and to the Honorable Max O. Cogburn Jr. through a thumb drive. Those exhibits that are both CONFIDENTIAL and in audio or video format shall appear on said thumb drive but will be specifically marked "CONFIDENTIAL."

| EXHBIT NUMBER | DESCIPTION | UNDER SEAL |
|---|---|---|
| 1 | Call for Service* | |
| 2 | Chronology | |
| 3 | 911 Audio Recording* | X |
| 4 | Dispatch Audio Recording* | X |
| 5 | Photographs Showing 324 Featherstone and 344 Featherstone (Marked by Abramo) | X |
| 6 | KPCOPS Report | X |
| 7 | China Turner Written Statement | X |
| 8 | Uziel Fuentes Written Statement | X |
| 9 | Timothy Abramo Body Worm Camera Footage* | X |
| 10 | Timothy Abramo Narrative Supplement | X |
| 11 | Timothy Abramo Deposition | |
| 12 | Jacob Grigg Narrative Supplement | X |
| 13 | Jacob Grigg Deposition | |
| 14 | Zavon Joseph Narrative Supplement | X |
| 15 | Zavon Joseph Deposition | |
| 16 | Brenton Thomas Narrative Supplement | X |
| 17 | Brenton Thomas Body Worn Camera Footage (part 2)* | X |
| 18 | Christian Campbell Narrative Supplement | X |
| 19 | Nicholas Iacoves Narrative Supplement | X |
| 20 | Fields Dimmick SBI Summary and Video* | X |
| 21 | Lam Tran SBI Summary and Video* | X |

| 22 | Matt Wiatrowski SBI Summary and Video* | X | |
|---|---|---|---|
| 23 | Thomas Hildebrand Narrative Supplement | X | |
| 24 | John Morrisey SBI Summary and Video* | X | |
| 25 | Christopher McNally SBI Summary and Video* | X | |
| 26 | Luz Almanzar-Torres SBI Summary and Video* | X | |
| 27 | Chad Thompson Deposition | | |
| 28 | Chad Thompson Expert Report | | |
| 29 | Ian Adams Deposition | | |
| 30 | Crime Scene Report (COC 102) | X | |
| 31 | ATF Trace Report on Weapon | X | |
| 32 | Medic Run Report | X | |
| 33 | Office of Chief Medical Examiner Autopsy | X | |
| 34 | CMPD Directive 500-003 in effect in June 2022 | | |
| 35 | DA Letter | X | |
| 36 | Brian Trull Deposition | | |
| 37 | IA Conclusion | X | |
| 38 | Photos of 324 Featherstone | X | |
| 38 | Photos of 344 Featherstone | X | |
| 39 | Photos of Gun | X | |
| 40 | Photo of White Substance Found on Porch | X | |
| 41 | Photos of J Williams' Possessions | X | |
| 42 | Photos of Shell Casing Damage at Scene | X | |

3

\* Those documents designated with a star are audio or video. Pursuant to the ADMINISTRATIVE PROCEDURES GOVERNING FILING AND SERVICE BY ELECTRONIC MEANS, electronic exhibits have been sent to the Court via a thumb drive and a courtesy copy will also be provided to the Honorable Max O. Cogburn, Jr. These materials have previously been provided to counsel for Plaintiff.

THIS 29<u>th</u> day of May, 2026.

<div style="margin-left:45%">

/s/ Lori R. Keeton
Lori R. Keeton, N.C. State Bar # 25813
Law Offices of Lori Keeton
6000 Fairview Road, Suite 1200
Charlotte, North Carolina 28210
Phone: 704-575-9204
Facsimile: 704-919-5059
Email: lkeeton@lorikeetonlaw.com
***Attorney for Defendants***

</div>

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing **DEFENDANTS' MATERIALS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** was served on all counsel of record through ECF.

**THIS** 29<u>th</u> day of May, 2026.

<div align="right">

/s/ Lori R. Keeton
Lori R. Keeton, N.C. State Bar # 25813
Law Offices of Lori Keeton
6000 Fairview Road, Suite 1200
Charlotte, North Carolina 28210
Phone: 704-575-9204
Facsimile: 704-919-5059
Email: lkeeton@lorikeetonlaw.com
*Attorney for Defendants*

</div>

5